IN THE SUPREME COURT OF TEXAS

 No. 05-0552

 IN RE STONE & WEBSTER, INC., THE SHAW GROUP INC., AND ERNST & YOUNG LLP

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency temporary relief, filed July 19,
2005, is granted. The order dated May 19, 2005, in Cause No. C-2002459,
styled Stone & Webster, Inc. v. AES Frontier, L.P., AES Wolf Hollow L.P.,
The AES Corporation, and Parsons Energy & Chemicals Group, Inc., in the
355th District Court of Hood County, Texas, is stayed pending further order
of this Court.

 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., August 1, 2005.

 Done at the City of Austin, this July 21, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk